# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-1529

_____

Wilma M. Pennington-Thurman,     *
                              *

        Appellant,            *
                              *    Appeal from the United States

     v.                         *    District Court for the
                              *    Eastern District of Missouri.

AT&T,                           *
                              *    [UNPUBLISHED]

        Appellee.           *

_____

Submitted: August 2, 2010
Filed: August 11, 2010

_____

Before BYE, BOWMAN, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

      Wilma Pennington-Thurman appeals the district court's[1] adverse grant of summary judgment on her claims under the Age Discrimination in Employment Act (ADEA). Upon de novo review, see Sutherland v. Mo. Dep't of Corr., 580 F.3d 748, 750 (8th Cir. 2009), we agree with the district court that a release of claims--including ADEA claims--signed by Pennington-Thurman complied with the requirements of 29 U.S.C. § 626(f), that Pennington-Thurman's waiver of claims was knowing and voluntary, and that the release was therefore enforceable. See 29 U.S.C. § 626(f)

_____

[1]The Honorable Frederick R. Buckles, United States Magistrate Judge for the Eastern District of Missouri.

(listing specific requirements for waivers of rights or claims under ADEA); Warnebold v. Union Pac. R.R., 963 F.2d 222, 223-24 (8th Cir. 1992) (affirming summary judgment for employer on involuntarily terminated former employee's discrimination claims; agreeing with district court that former employee's waiver of claims was knowing and voluntary where release was written in clear and unambiguous language and was supported by consideration). Accordingly, we affirm. See 8th Cir. R. 47B.

_____